/s/ Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
Phone: 602.277.8996
Email: *mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **JAY ANTHONY WAMPLER,** and | (xxx-xx-2704) | Chapter 13 |
| **TERESA P. WAMPLER,** | (xxx-xx-9563) | Case No. 2-19-bk-11068 EPB |
| 11617 NORTH 110TH PLACE SCOTTSDALE, AZ 85259- Debtors. | | **TRUSTEE'S NOTICE OF FILED CLAIMS AND POST-CONFIRMATION REPORT ON PLAN, CLAIMS AND DEBTS** |

**Claims and Debts.** This Notice provides information on the Chapter 13 plan, debts scheduled, and claims filed. A proof of claim is deemed allowed unless the Court sustains an objection to the claim. The deadline for nongovernmental entities to file a claim was 11/08/2019 and the deadline for governmental entities to file a claim was 02/26/2020. **If you file a proof of claim after the applicable claim filing bar date, the Trustee likely will file an objection to it.**

This Notice provides no statement or opinion as to whether a debt might be dischargeable or if the plan contains such language. **If you disagree with the Trustee's representation of your claim or debt, or how it is classified, then contact the Trustee's office in <u>writing</u> (by mail, fax or email), or by 05/12/2020 file an appropriate motion with the Bankruptcy Court.** If an attorney is representing the Debtors, the attorney's contact information is shown below in the claims list. Unless it is explicitly stated in the Plan or Order Confirming Plan, the Trustee does not pay an "informal" proof of claim.

**Plan Confirmation.** The Court confirmed the Chapter 13 plan on 04/07/2020 and the Trustee expects to begin disbursements under the plan within 30 days from the date of this Notice.  As of the date of this report, the amount due from the Debtors is $15,400.00  and the amount paid by the Debtors is $15,400.00. Total plan funding by plan payments is to be $132,000.00, **but this amount might not include additional monies required to be paid in, such as tax refunds or nonexempt monies**. Generally the first plan payment was due 30 days after the petition date, or 09/29/2019. The plan payment schedule is as follows:

| Month | | Month | Monthly Amount | Total |
|---|---|---|---|---|
| 1 | - | 60 | $2,200.00 | $ 132,000.00 |
| | | | Plan Base Amount: | $ 132,000.00 |
| | | | Amount Left to Pay: | $ 116,600.00 |

The Chapter 13 plan is a base or pot plan.  Creditors secured by personal property will be paid per the confirmed plan and not necessarily the amount stated in a proof of claim. The interest rate to be paid on secured claims is derived from what is in the confirmed plan or the order confirming plan.  The amount to be paid to allowed unsecured nonpriority claims depends on the amount to be paid to higher classes of claims, the length of the plan, the best interests of creditors test, disposable income, and whether the plan payments are timely paid. 11 U.S.C. Sections 1322, 1325. Refer to the Analysis attached to the Chapter 13 plan on file with the Court, and previously mailed to you, for an estimated amount to be paid to all allowed unsecured, nonpriority claims.

**Payment on Claims.**  Generally, the Trustee will pay claims in ascending order of the Payment Sequence number as stated in the following listing of the claims filed with the Court or debts scheduled, grouped by Payment Sequence number. Claim numbers of 100 or less are for creditors who have filed a proof of claim with the Court. A claim number of 200 or greater is assigned by the Trustee for creditors who filed no claim, but the creditor information was provided by the Schedules and mailing list of the Debtors, or for whom the debt is to be paid direct by the Debtors. For creditors scheduled by the Debtors but who fail to file a proof of claim, the Trustee assigns a Claim Number of 200 or greater. **For creditors given a Claim Number of 200 or greater, or a Payment Sequence number of 34 or greater, the Trustee expects to make no distribution to those creditors.**

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| **00** | | | | |
| 00 | | **RUSSELL BROWN** | Trustee Fee: | $ 13,200.00 |
| | | The amount of trustee's fee is calculated at the maximum rate of 10% of the plan payments. The actual amount received could be less due to changes in the percentage fee. | | |
| **13** | | | | |
| 13 | Atty | **NATHAN E. CARR**<br>CARR LAW, P.C.<br>4700 S. MCCLINTOCK DRIVE, SUITE 130<br>TEMPE, AZ 85282-<br>(480)278-1278<br>natecarrlaw@yahoo.com | Claim Amount:<br><br><br><br><br><br>Claim Type: | $ 3,000.00<br><br><br><br><br><br>Legal/Administrative |
| **24** | | | | |
| 24 | 009 | **TOYOTA MOTOR CREDIT CORPORATION** | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Description:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 31,848.67<br>Secured<br>5.00 %<br>$ 340.00<br>16 TOYOTA TUNDRA<br>09/25/2019<br>2622 |
| **25** | | | | |
| 25 | 010 | **IRS** | Claim Amount:<br>Claim Type:<br>Description:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 4,206.79<br>Unsecured Priority<br>18 TAXES<br>10/02/2019<br>9563 |
| **33** | | | | |
| 33 | 001 | **RESURGENT CAPITAL SERVICES** | Claim Amount:<br>Claim Type:<br>Description:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 2,019.23<br>Unsecured<br>COMENITY CAPITAL BANK<br>09/05/2019<br>BANK |
| 33 | 002 | **DISCOVER BANK** | Claim Amount:<br>Claim Type:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 11,312.85<br>Unsecured<br>09/06/2019<br>8833 |
| 33 | 003 | **DISCOVER BANK** | Claim Amount:<br>Claim Type:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 21,637.50<br>Unsecured<br>09/06/2019<br>4731 |
| 33 | 004 | **CREDIT SERVICE COMPANY, INC.** | Claim Amount:<br>Claim Type:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 1,124.93<br>Unsecured<br>09/06/2019<br>ROUP |
| 33 | 005 | **FREEDOMROAD FINANCIAL** | Claim Amount:<br>Claim Type:<br>Date Claim Filed:<br>Last Four Digits of Account Number: | $ 4,768.53<br>Unsecured<br>09/10/2019<br>5195 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| 33 | 006 | FREEDOMROAD FINANCIAL | Claim Amount: | $ 10,142.72 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/10/2019 |
| | | | Last Four Digits of Account Number: | 8569 |
| 33 | 007 | CAPITAL ONE BANK USA | Claim Amount: | $ 613.03 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/17/2019 |
| | | | Last Four Digits of Account Number: | 8914 |
| 33 | 008 | CHASE BANK USA | Claim Amount: | $ 7,651.83 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/23/2019 |
| | | | Last Four Digits of Account Number: | 2420 |
| 33 | 009 | TOYOTA MOTOR CREDIT CORPORATION | Claim Amount: | $ 4,433.97 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/25/2019 |
| | | | Last Four Digits of Account Number: | 2622 |
| 33 | 010 | IRS | Claim Amount: | $ 103.53 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 10/02/2019 |
| | | | Last Four Digits of Account Number: | 9563 |
| 33 | 011 | BECKETT & LEE LLP | Claim Amount: | $ 10,604.72 |
| | | | Claim Type: | Unsecured |
| | | | Description: | AMEX |
| | | | Date Claim Filed: | 10/07/2019 |
| | | | Last Four Digits of Account Number: | AMEX |
| 33 | 012 | WELLS FARGO BANK | Claim Amount: | $ 931.38 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 10/16/2019 |
| | | | Last Four Digits of Account Number: | 6233 |
| 33 | 013 | PRA RECEIVABLES MANAGEMENT LLC | Claim Amount: | $ 2,382.13 |
| | | | Claim Type: | Unsecured |
| | | | Description: | FIRST NATIONAL BANK OF OMAHA |
| | | | Date Claim Filed: | 10/17/2019 |
| | | | Last Four Digits of Account Number: | MAHA |
| 33 | 014 | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | Claim Amount: | $ 3,185.26 |
| | | | Claim Type: | Unsecured |
| | | | Description: | BEST BUY |
| | | | Date Claim Filed: | 10/22/2019 |
| | | | Last Four Digits of Account Number: | BUY |
| 33 | 015 | BECKETT & LEE LLP | Claim Amount: | $ 596.29 |
| | | | Claim Type: | Unsecured |
| | | | Description: | KOHLS |
| | | | Date Claim Filed: | 10/23/2019 |
| | | | Last Four Digits of Account Number: | OHLS |
| 33 | 016 | BECKETT & LEE LLP | Claim Amount: | $ 2,518.88 |
| | | | Claim Type: | Unsecured |
| | | | Description: | KOHLS |
| | | | Date Claim Filed: | 10/23/2019 |
| | | | Last Four Digits of Account Number: | OHLS |
| 33 | 017 | MIDLAND CREDIT MANAGEMENT, INC | Claim Amount: | $ 487.19 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | | Claim Type: | Unsecured |
| | | | Description: | CAPITAL ONE |
| | | | Date Claim Filed: | 10/31/2019 |
| | | | Last Four Digits of Account Number: | ONE |
| 33 | 018 | MIDLAND CREDIT MANAGEMENT, INC | Claim Amount: | $ 2,703.44 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CAPITAL ONE |
| | | | Date Claim Filed: | 10/31/2019 |
| | | | Last Four Digits of Account Number: | ONE |
| 33 | 019 | MIDLAND CREDIT MANAGEMENT, INC | Claim Amount: | $ 6,634.68 |
| | | | Claim Type: | Unsecured |
| | | | Description: | HOME DEPOT |
| | | | Date Claim Filed: | 10/31/2019 |
| | | | Last Four Digits of Account Number: | EPOT |
| 33 | 020 | MIDLAND CREDIT MANAGEMENT, INC | Claim Amount: | $ 5,535.40 |
| | | | Claim Type: | Unsecured |
| | | | Description: | HOME DEPOT |
| | | | Date Claim Filed: | 10/31/2019 |
| | | | Last Four Digits of Account Number: | EPOT |
| 33 | 021 | JEFFERSON CAPITAL SYSTEMS LLC | Claim Amount: | $ 4,682.07 |
| | | | Claim Type: | Unsecured |
| | | | Description: | LIVING SPACES |
| | | | Date Claim Filed: | 11/01/2019 |
| | | | Last Four Digits of Account Number: | ACES |
| 33 | 022 | JEFFERSON CAPITAL SYSTEMS LLC | Claim Amount: | $ 2,773.79 |
| | | | Claim Type: | Unsecured |
| | | | Description: | LIVING SPACES |
| | | | Date Claim Filed: | 11/01/2019 |
| | | | Last Four Digits of Account Number: | ACES |
| 33 | 023 | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | Claim Amount: | $ 2,132.51 |
| | | | Claim Type: | Unsecured |
| | | | Description: | AMAZON |
| | | | Date Claim Filed: | 11/05/2019 |
| | | | Last Four Digits of Account Number: | AZON |
| 33 | 024 | PRA RECEIVABLES MANAGEMENT LLC | Claim Amount: | $ 3,415.50 |
| | | | Claim Type: | Unsecured |
| | | | Description: | PAYPAL |
| | | | Date Claim Filed: | 11/05/2019 |
| | | | Last Four Digits of Account Number: | YPAL |
| 33 | 025 | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | Claim Amount: | $ 896.62 |
| | | | Claim Type: | Unsecured |
| | | | Description: | PAYPAL |
| | | | Date Claim Filed: | 11/05/2019 |
| | | | Last Four Digits of Account Number: | YPAL |

*End of Trustee's Notice of Allowed Claims and Post-Confirmation Report on Plan, Claims and Debts*
*In re Wampler, Case No. 2-19-bk-11068 EPB*