# United States Bankruptcy Court

*TUCSON DIVISION*  
James A Walsh Courthouse  
38 S. Scott Avenue  
Tucson, AZ 85701  
520-202-7500



District of Arizona

*YUMA DIVISION*  
John M. Roll Courthouse  
98 W. 1st Street, Suite 270  
Yuma, AZ 85364  
800-556-9230

*PHOENIX HEADQUARTERS*  
230 N. First Avenue, Suite 101  
Phoenix AZ 85003-1706  
602-682-4000

## CREDITOR CHANGE OF PAYMENT ADDRESS

Case No.: 19-11068  Chapter: 13

Case Name: Jay Anthony Wampler & Teresa Wampler

**Creditor Name:** FreedomRoad Financial

**NEW** Payment Address: P.O. Box 3882  
Street Address/P.O. Box Number

Suite/Apartment Number

Oak Brook   IL   60522-3882  
City   State   Zip Code

**OLD** Payment Address: BIN 51571; PO Box 51571  
Street Address/P.O. Box Number

Suite/Apartment Number

Los Angeles   CA   90051-5871  
City   State   Zip Code

Creditor Signature: /s/ Nichlas P. Spallas   03/14/2024  
Agent for Creditor   Date

CreditorAddChng/2/14